Janet Elizabeth MOORE, Appellant,

v.

WAL–MART STORES EAST, LP, also known as Wal–Mart, Appellee.

No. 10–2742.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 26, 2010.

Filed: Dec. 2, 2010.

Janet Elizabeth Moore, St. Joseph, MO, pro se.

Eric Kendall Banks, Kutak & Rock, Kansas City, MO, for Appellee.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Janet Moore appeals the District Court's [1] adverse grant of summary judgment in her employment-discrimination action against Wal–Mart Stores East, LP. After careful de novo review, see Murphy v. Mo. Dep't of Corr., 372 F.3d 979, 982 (8th Cir.2004), we affirm for the reasons explained by the District Court in its thorough opinion. Accordingly, we affirm the

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

judgment of the District Court. *See* 8th Cir. R. 47B.